*VARIOUS CHAPTER 13's*

WARNING! DO NOT ACCEPT THIS CHECK UNLESS YOU CAN SEE A TRUE WATERMARK WHEN HOLDING THE CHECK TO THE LIGHT AND PINK LOCK AND KEY ICONS THAT FADE WHEN WARMED

**S.J. BEAULIEU, JR.**
CHAPTER 13 TRUSTEE
433 METAIRIE ROAD, SUITE 307
METAIRIE, LA 70005

SunTrust Bank
MEMPHIS, TN

64-79 / 611

**0621169**

April 19, 2010

PAY  Exactly Five Hundred Seventy And 70/100 Dollars

$********570.70

TO THE ORDER OF
UNITED STATES BANKRUPTCY COURT
STE B-601
500 POYDRAS ST
NEW ORLEANS, LA 70130

VOID AFTER 90 DAYS

*S.J. Beaulieu Jr.*

⑆0621169⑆ ⑈061100790⑈ 8800517495⑈

RUB OR BREATHE ON THE PINK LOCK & KEY ICONS - COLOR WILL FADE AND RETURN ON AN AUTHENTIC CHECK - IF COLOR DOES NOT FADE DO NOT ACCEPT

---

UNITED STATES
BANKRUPTCY COURT
EASTERN DISTRICT OF LOUISIANA
NEW ORLEANS DIVISION

\# 227028    - KW
* * C O P Y * *
April 21, 2010
13:12:06

**TREASURY REGFUND**
Debtor.: VARIOUS CH. 13 S
Amount.:              $570.70 CH
Check#.: 0621169

4/21/10:
*VARIOUS CHAPTER 13's*
Deposited to Treasury
6047 BK (BK#15)

Total-> $570.70

FROM: S J BEAULIEU

The attached check represents payments found to be undeliverable, detailed below for deposit into the registry of the court.

Registry Check #621169

| Case Number | Debtors | Amount | Payees |
|---|---|---|---|
| 04-10869 | BOISSIERE JR, KENNETH PATRICK<br>BOISSIERE, STEPHANIE ANITA<br>2348 COMET ST<br>NEW ORLEANS LA 70131 | 15.50 | KIRSCHMANS<br>5050 ALMONASTER RD<br>NEW ORLEANS LA 70126 |
| 04-13279 | LACHENY, THOMAS<br>LACHENY, DONNA<br>337 GERRIE CT<br>AVONDALE LA 70094 | 21.84 | (debtor) |
| 05-11803 | JONES, HELEN<br>61588 BENNETT RD<br>AMITE LA 70422 | 2.29 | BOND EYE CLINIC<br>802 W OAK ST<br>AMITE LA 70422 |
| 05-12758 | LAFRANCE, SEBRINA BARTHELEMY<br>PO BOX 742940<br>NEW ORLEANS LA 70174 | 56.04 | (debtor) |
| 06-10459 | MILLER SR, JOSEPH ARRON<br>MILLER, ANNABELLE MARIE<br>14378 HWY 442 WEST<br>TICKFAW LA 70466 | 18.28 | TRUE LOGIC FINANCIAL CORP<br>PO BOX 4238<br>ENGLEWOOD CO 80155 |
| 06-10841 | BOURDREAUX SR, DONALD LEE<br>1712 FERN ST<br>PATERSON LA 70392 | 8.70 | CITY WIDE CREDIT<br>1426 HWY 182<br>MORGAN CITY LA 70380 |
| 06-10841 | BOURDREAUX SR, DONALD LEE<br>1712 FERN ST<br>PATERSON LA 70392 | 8.70 | CITY WIDE CREDIT<br>1426 HWY 182<br>MORGAN CITY LA 70380 |
| 06-10841 | BOURDREAUX SR, DONALD LEE<br>1712 FERN ST<br>PATERSON LA 70392 | 171.66 | TOWER LOAN<br>6437 HWY 90-E<br>MORGAN CITY LA 00000 |
| 06-10841 | BOURDREAUX SR, DONALD LEE<br>1712 FERN ST<br>PATERSON LA 70392 | 238.69 | TOWER LOAN<br>6437 HWY 90-E<br>MORGAN CITY LA 00000 |
| 07-11933 | PINION, BRANDON<br>PINION, ERIKA<br>PO BOX 701<br>HAMMOND LA 70404 | 29.00 | (debtor) |

$570.70